UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KONRAD KORZENIOWSKI | ) | |
| Plaintiff, | ) | CIVIL NO 3:09-CV1426 WWE |
| Vs. | ) | |
| Law Office of Mitchell N. Kay, P.C | ) | MAY 3, 2010 |

### JOINT MOTION FOR STIPULATION DISMISSAL

IT IS HEREBY AGREED, BY AND BETWEEN THE UNDERSIGNED PARTIES THAT

The Plaintiff, Konrad Korzeniowski, and defendant, Law Office of Mitchell N. Kay,

P.C, hereby stipulate that they have agreed to withdraw all claims against one another in the above-captioned action. Specifically, the plaintiff agrees to withdraw the allegations in his Complain directed toward Law Office of Mitchell N. Kay, P.C and all parties' forever discharge and release each other from case number Civil No: 3: 09-cv1426 WWE

Accordingly, the parties certify that their claims against each other may be dismissed from this case without cost or attorneys' fees being assessed to either party.

Respectfully submitted,  
The Plaintiff,  
KONRAD KORZENIOWSKI

By _____  
Konrad Korzeniowski  
51 Rackliffe Drive  
New Britain CT 06051

Respectfully submitted,  
The Defendant,  
Law Office of Mitchell N Kay, P.C

By _____  
Thomas Leghorn (ct22106)  
Jill E. Alward(ct 27051)  
Fed. Bar# ct 27051  
Wilson , Elser, Moskowitz Edelman Dicker LLP  
1010 Washington Blvd, 8th Flr,  
Stamford CT 06901-2022  
Phone 203- 388-91-01  
Fax 203-388-91-01  
Thomas.leghorn@wilsonelser.com  
jillalward@yahoo.com